934

No. 82–6889.   AUDIA v. WEST VIRGINIA.   Sup. Ct. App. W. Va.   Certiorari denied.

No. 82–6890.   DYSART v. UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 82–6902.   HALL v. IOWA ET AL.   C. A. 8th Cir.   Certiorari denied.

No. 82–6910.   FRAZIER ET AL. v. MANSON, COMMISSIONER OF CORRECTIONS, ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 82–6912.   GUKEISEN v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 82–6939.   UNGER v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 82–6942.   ROBERSON v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 82–6978.   NEWSOME v. ILLINOIS.   App. Ct. Ill., 1st Dist. Certiorari denied.

No. 82–7002.   WALLACE v. LOCKHART, DIRECTOR OF ARKANSAS DEPARTMENT OF CORRECTIONS.   C. A. 8th Cir.   Certiorari denied.

No. 82–7004.   ADAMS v. DAYAN.   C. A. 11th Cir.   Certiorari denied.

No. 82–7005.   BOWRING v. WARDEN, POWHATAN CORRECTIONAL CENTER.   Sup. Ct. Va.   Certiorari denied.

No. 82–7006.   CRAIG v. UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 82–7015.   BANKS ET AL. v. BLOCK, SECRETARY OF AGRICULTURE, ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 82–7029.   HOWARD v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.